UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL EUGENE WOOD, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. H-05-1413 |
| | § | |
| DOUG DRETKE, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED the 28th day of April, 2005.

_David Hittner_
David Hittner
United States District Judge